**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00185-GPG
(**The above civil action number must appear on all future papers**
   **sent to the court in this action.   Failure to include this number**
   **may result in a delay in the consideration of your claims.**)


JOHN ROBERT DEMOS, JR.,


        Petitioner,

v.

THE STATE OF WASHINGTON,
THE STATE OF COLORADO,
THE GOVERNOR OF THE STATE OF COLORADO,
THE STATE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## ORDER DIRECTING MR. DEMOS TO CURE DEFICIENCIES

---

        On January 22, 2019, Mr. Demos submitted a pleading that is titled, "Motion and

Petition for Review," ECF No. 1. [1]   As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as

described in this Order.   A review of the claims asserted in the January 22 pleading

indicates that Mr. Demos' claims more properly are asserted in a Prisoner Complaint.

---

[1] ECF is short for Electronic Case Filing; ECF No. 1 stands for the document number
associated with the Prisoner's Motion and affidavit for Leave to Proceed Pursuant to 28 U.S.C.
§ 1915.   The Court uses ECF throughout court orders to identify the document number of a
filing that is being referenced.

Mr. Demos will be directed to cure the following if he wishes to pursue any claims in this

Court in this action.   Any papers that Mr. Demos files in response to this Order must

include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_       is not submitted
(2)  ___      is missing affidavit
(3)  _X_       Missing a prisoner's trust fund statement for the most immediate six
                    months prior to Mr. Demos filing this action
(4)  ___      is missing certificate showing current balance in prison account
(5)  ___      is missing required financial information
(6)  _X_       is missing authorization to calculate and disburse filing fee payments
(7)  ___      is missing an original signature by the prisoner
(8)  ___      is not on current Court-approved   form
(9)  ___      names in caption do not match names in caption of complaint, petition or
                    habeas application
(10) _X_      other:    In the alternative Mr. Demos may pay the $400
                    filing fee in full.   Mr. Demos also is reminded he is subject to
                    28 U.S.C. § 1915(g) filing restrictions.

**Complaint, Petition or Application**:

(11) _X_      is not submitted
(12) ___      is not on proper form
(13) ___      is missing an original signature by the prisoner
(14) ___      is missing page nos. ____
(15) ___      uses et al. instead of listing all parties in caption
(16) ___      names in caption do not match names in text
(17) ___      addresses must be provided for all defendants/respondents in "Section A.
                    Parties" of complaint, petition or habeas application and provide answers
                    to questions set forth on Court-approved form
(18) ___      other: Mr. Demos must state how each named defendant participated in
                    any alleged constitutional violation

Accordingly, it is

ORDERED that Mr. Demos cure the deficiencies designated above **within thirty**

**days from the date of this Order**.   Any papers that Mr. Demos files in response to this

Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Mr. Demos shall obtain the Court-approved Prisoner

Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant

to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov.   Use of a

Court-approved form is required to cure the deficiencies in the January 22, 2019

pleading.   It is

FURTHER ORDERED that, if Mr. Demos fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without

further notice.   It is

FURTHER ORDERED that the Motion for the Appointment of Counsel, ECF No.

4, is denied as premature as this action is pending initial review, the Motion to

Intervene, ECF No. 3, is denied as moot pursuant to this Order, and the Motion and

Petition, ECF No. 1 are construed as a pleading.

DATED January 23, 2019, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge